

1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022

PHONE 212.999.5800
FAX 212.999.5899

www.wsgr.com

Morris J. Fodeman
Email: mfodeman@wsgr.com
Direct Dial: 212.497.7704

October 25, 2013

<u>VIA CM/ECF</u>

The Honorable Sterling Johnson, Jr.
Senior United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   <u>*United States v. Anastasia Diatlova, et al.*, No. 1:12-cr-00626-SJ</u>

Dear Judge Johnson:

I have been assigned to represent defendant Anastasia Diatlova pursuant to the Criminal Justice Act. On October 25, 2012, Magistrate Judge Robert M. Levy ordered Ms. Diatlova released pursuant to the terms of a $200,000 personal recognizance bond ultimately secured by the signatures of her husband and sister-in-law, as well as a cash deposit of approximately $20,000 with the Court Clerk. On May 1, 2013, in response to my April 26, 2013 letter, by Order, you modified the conditions of Ms. Diatlova's release to permit her to move to Houston, Texas, where she now resides and is gainfully employed. While Ms. Diatlova is no longer subject to home curfew or electronic location monitoring pursuant to Your Honor's Order of July 29, 2013, her travel is restricted to the Southern District of Texas and the Eastern and Southern Districts of New York.

With the consent of the Government and Pre-trial Services, I am writing to request that Ms. Diatlova's conditions of release be modified to permit her to travel to the Northern District of Texas on November 25, 2013, returning to Houston on November 27, 2013, so that she may show a visiting friend around the city of Dallas. In the eleven months since her release, Ms. Diatlova has been fully compliant with all of the conditions imposed upon her. I have consulted with AUSA Silver and Pre-trial Services Officers Rodriguez (Brooklyn) and Cooper (Houston), and they have agreed to this modification. I have attached a [Proposed] Order for your review and signature.

Thank you in advance for your consideration.



The Honorable Sterling Johnson, Jr.
October 25, 2013
Page 2

                                                          Respectfully submitted,

                                                          WILSON SONSINI GOODRICH & ROSATI
                                                          Professional Corporation

                                                          <u>s/ Morris J. Fodeman</u>
                                                          Morris J. Fodeman


Cc:     AUSA Daniel S. Silver (via CM/ECF)
           AUSA Hilary Ley Jager (via CM/ECF)
           Pre-trial Services Officer Scott Cooper (via Email)
           Pre-trial Services Officer Erin Rodriguez (via Email)